UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:07-CR-0026-BES (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | May 29, 2007 |
| | ) | |
| JOSEPH R. FRANCIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendant has filed an Emergency Ex Parte Application for Order to Transport Defendant Immediately, or Alternatively, for Release on Bond Pending First Appearance in District of Nevada for Bond Hearing (Doc. #25).

After receipt of the Motion the court had the Marshal service check with the Grady County Sheriff's Office concerning the dispensing of medication to the Defendant. The Marshal service received a fax from the Grady County Sheriff's Office showing the dispensing of medication to the Defendant from May 18, 2007, through May 25, 2007, the date of the faxed transmission. Contrary to the representations of the Defendant, it appears that the Defendant has been receiving his medication.

///

MINUTES OF THE COURT
3:07-CR-0026-BES (RAM)
May 29, 2007
Page Two

     Under the circumstances, Defendant's Emergency Ex Parte Application for Order to Transport Defendant Immediately, or Alternatively, for Release on Bond Pending First Appearance in District of Nevada for Bond Hearing (Doc. #25) is <u>DENIED</u>.

     IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK
                                         By:_____/s/_____
                                                  Deputy Clerk